IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IAC/INTERACTIVECORP; ASK MEDIA GROUP, LLC f/k/a IAC PUBLISHING, LLC; and BLUECREW, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ADAM ROSTON<br><br>Defendant. | Case No. 1:20-cv-3440<br><br>Hon. Sharon Johnson Coleman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, April 28, 2021 at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear (telephonically, if permitted) before the Honorable Sharon Johnson Coleman, and then and there present Defendant Adam Roston's Unopposed Motion to File Under Seal Certain Documents in Support of Defendant Adam Roston's Motion to Dismiss or for a More Definite Statement.

Respectfully submitted,

Dated: April 23, 2021

SV EMPLOYMENT LAW FIRM PC

/s/ Scott E. Atkinson
Steven L. Friedlander (*pro hac vice*)
Scott E. Atkinson (*pro hac vice*)
Galen P. Sallomi (*pro hac vice*)
sfriedlander@svelf.com
satkinson@svelf.com
gsallomi@svelf.com
160 Bovet Road, Suite 401
San Mateo, California 94402
Telephone: (650) 265-0222
Facsimile: (650) 265-0223
*Attorneys for Defendant Adam Roston*

1

PARTRIDGE PARTNERS PC

Jordan Arnot Leahey
Charles G. Giger
Partridge Partners PC
321 N. Clark St., Suite 500
Chicago, IL 60654
312-634-9502
jordan@partridgepartnerspc.com
charlie@partridgepartnerspc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system, which will then send a Notice of Electronic Filing to all counsel of record.

*/s/ Scott E. Atkinson*
Scott E. Atkinson (*pro hac vice*)
satkinson@svelf.com
160 Bovet Road, Suite 401
San Mateo, California 94402
Telephone: (650) 265-0222
Facsimile: (650) 265-0223

*One of the Attorneys for Defendant*